UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| DAVID MCKINNEY, individually, ) | |
| ANITA MCKINNEY, individually, h/w ) | C.A. NO. |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| vs. ) | |
| ) | |
| PAUL J. MELINARI, individually and ) | |
| FINANCIAL SERVICE VEHICLE TRUST,) | |
| a foreign corporation ) | |
| ) | |
| *Defendants.* ) | |

## COMPLAINT

Plaintiffs, David McKinney and Anita McKinney, through their counsel, David P. Cline, Esquire, say by way of Complaint that:

## JURISDICTION

### I. JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

1. Jurisdiction is based on diversity of citizenship and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

2. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

## VENUE

3. Venue lies under 28 U.S.C. Section 1391.

## PARTIES

4. Plaintiff, David McKinney, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 101 Wedgefield Drive, Wilmington, DE 19720.

5. Plaintiff, Anita McKinney, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 101 Wedgefield Drive, Wilmington, DE 19720.

6. Defendant, Financial Service Vehicle Trust, on information and belief is an Ohio corporation with its place of business located at 5515 Park Center Circle, Dublin, Ohio, 43017

7. Defendant, Paul J. Melinari, on information and belief is a resident of New Jersey, residing at 6 Butler Court, Medford, NJ 08055,

## COUNT I AGENCY

8. Defendant, Paul J. Melinari, was, at all times pertinent hereto, an employee of Financial Service Vehicle Trust, acting in the normal course and scope of his employment.

9. At all times herein, defendant, Paul J. Melinari was acting as an agent, servant, and employee of defendant, Financial Service Vehicle Trust. Defendant, Financial Service Vehicle Trust, is thus liable as the principle, master, and employer of defendant, Paul J. Melinari.

## COUNT II FACTS OF ACCIDENT

10. On or about July 31, 2004 at approximately 11:56 a.m., plaintiff, David McKinney was driving his motor vehicle, a 2002, Blue Dodge Caravan, traveling west bound on US 40, in Pilesgrove, NJ. Plaintiff, Anita McKinney was at all times pertinent hereto a passenger in David McKinney's vehicle.

11. At the same time and place defendant, Paul J. Melinari, was operating a 2004, black BMW 745, when he struck the back of the plaintiff's vehicle, which was lawfully stopped on westbound US 40, Pilesgrove, NJ.

12. The collision was caused by the negligence of defendant, Paul J Melinari, and said negligence is imputed to defendant, Financial Service Vehicle Trust, Respondent Superior in that:

    a. He operated his vehicle in a careless and imprudent manner without due regard for and traffic conditions then existing.

    b. He operated his vehicle failing to give full time and attention thereto and failing to maintain a proper lookout.

WHEREFORE, Plaintiffs, David McKinney and Anita McKinney, demands judgment against defendants, Paul J. Melinari and Financial Service Vehicle Trust for monetary damages, property damages and suffering, lost wages, attorney fees and costs of suit.

### COUNT III ANITA MCKINNEY

13. As a direct and proximate result of the negligence aforesaid, plaintiff, Anita McKinney suffered injuries including, but not limited to cervical strain, left trapezius muscle strain, tendonitis left shoulder, pain down left leg, back pain, and numbness and tingling in lower extremity.

14. As a further result of the negligence aforesaid, plaintiff, Anita McKinney has incurred medical and travel expenses which said expenses may continue into the indefinite future.

15. As a further result of the injuries mentioned above, plaintiff, Anita McKinney, has sustained a loss of earnings and/or earnings capacity, which may continue into the indefinite future.

### COUNT IV DAVID MCKINNEY

16. As a direct and proximate result of the negligence aforesaid, plaintiff, David McKinney, suffered serious and potentially permanent injuries including, but not limited to chronic cervical spine pain secondary to sprain and strain along with disc herniation noted at C5-C6, carpal tunnel symptomatology, nerve damages, and headaches.

17. As a further result of the negligence aforesaid, plaintiff, David McKinney has incurred medical and travel expenses which said expenses may continue into the indefinite future.

18. As a further result of the injuries mentioned above, plaintiff, David McKinney, has sustained a loss of earnings and/or earnings capacity, which may continue into the indefinite future.

## COUNT V CONSORTIUM

19. As a further result of the negligence of the defendants, Financial Service Vehicle Trust and Paul J. Melinari, the plaintiff, David McKinney, has suffered the loss of society, aid, comfort, companionship, and consortium of his wife, plaintiff, Anita McKinney.

20. As a further result of the negligence of the defendants, Financial Service Vehicle Trust and Paul J. Melinari, the plaintiff, Anita McKinney, has suffered the loss of society, aid, comfort, companionship, and consortium of her husband, plaintiff, David McKinney.

WHEREFORE, Plaintiffs, David McKinney and Anita McKinney, demand judgment against defendants, Paul J. Melinari and Financial Service Vehicle Trust for monetary damages, property damages, pain and suffering, lost wages, attorney fees and costs of suit.

                    DAVID P. CLINE, P.A.

BY:   /s/ David P. Cline
        David P. Cline, Esq. (#2681)
        1300 N. Market St., Ste. 700
        Wilmington, DE  19801
        (302) 529-7848
        Attorney for Plaintiff(s)

Dated:  March 30, 2006

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
David McKinney
Anita McKinney

### DEFENDANTS
Paul J. Melingri and Financial Services Vehicle Trust

(b) County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Camden, NJ and out-of-state**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
David P. Cline, Esquire
1300 North Market Street, Suite 700
Wilmington, DE 19801   (302) 529-7848

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332
Brief description of cause: Personal Injury Auto

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ✓
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
None
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 27 March 2006
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __06  208__

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__3-30-06__   _/s/ Lionel_
(Date forms issued)   (Signature of Party or their Representative)

_Lionel A. Moore_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action