UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| DAVID MCKINNEY, individually,<br>ANITA MCKINNEY, individually, h/w<br><br>*Plaintiffs,*<br><br>vs.<br><br>PAUL J. MELINARI, individually and<br>FINANCIAL SERVICE VEHICLE TRUST,<br>a foreign corporation<br><br>*Defendants.* | C.A. NO. 06-208 SLR |

## AFFIDAVIT

STATE OF DELAWARE        :
                         : ss.
NEW CASTLE COUNTY        :

BE IT REMEMBERED, that on this 12th day of April, A.D., 2006 personally came before me, the subscriber, a Notary Public for the State of Delaware, David P. Cline, Esquire, who being by me duly sworn according to law, deposes and says:

1. That he is the attorney for the above named plaintiffs.

2. To the best of his knowledge, information and belief, on April 07, 2006, a notice was sent to defendant, PAUL J. MELINARI, by registered mail consisting of a copy of the process and complaint served upon the Secretary of State, and a statement that service of the original of such process has been made upon the Secretary of State and that such service is as effectual as if it had been made upon such nonresident personally within this state.

3. Attached as Exhibit "A" is the receipt given by the post office to him on April 07, 2006 the date of mailing of the letter to defendant.

4. Attached as Exhibit "B" is the signed, original registered return receipt which was returned to plaintiffs' attorney on April 10, 2006.

5. The letter to defendant, PAUL J. MELINARI, as required by 10 <u>Del. C.</u> § 3112 was contained in the envelope at the time it was mailed.

6. Attached as Exhibit "C" is a copy of the letter that was sent along with the Complaint.

_____
DAVID P. CLINE

SWORN to and SUBSCRIBED on this 12th day of April 2006.

_____
NOTARY PUBLIC

ANGELA M. SPINELLA
Notary Public - State of Delaware
My Comm. Expires August 1, 2007

# Exhibit A

```
                              WILMINGTON MAIN WINDOW
                                WIlmington, Delaware
                                     198509609
                                  3379300550-0094
04/07/2006        (800)275-8777              04:01:38 PM

——————————————— Sales Receipt ———————————————
Product          Sale      Unit           Final
Description      Qty       Price          Price

MARCUS HOOK PA 19061                       $0.87
First-Class
 2.30 oz.
  Return Rcpt (Green Card)                 $1.85
  Registered                               $7.90
   Insured Value :        $0.00
   Article Value :        $0.00
   Label #:       RB295671392US
                                        ========
        Issue PVI:                        $10.62

EASTMAN GA 31023                           $0.87
First-Class
 2.20 oz.
  Return Rcpt (Green Card)                 $1.85
  Registered                               $7.90
   Insured Value :        $0.00
   Article Value :        $0.00
   Label #:       RB295671401US
                                        ========
        Issue PVI:                        $10.62

MEDFORD NJ 08055                           $0.87
First-Class
 2.30 oz.
  Return Rcpt (Green Card)                 $1.85
  Registered                               $7.90
   Insured Value :        $0.00
   Article Value :        $0.00
   Label #:       RB295671389US
                                        ========
        Issue PVI:                        $10.62
                                         ——————
Total:                                    $31.86

Paid by:
Personal Check                            $31.86

Bill#:  1000603028530
Clerk:  15

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
     Thank you for your business.
              Customer Copy
```

**PS Form 3806, Receipt for Registered Mail** — Copy 1 - Customer
May 2004 (7530-02-000-9051)           (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

Registered No.: RB295671389US
Reg. Fee: $7.90
Handling Charge: $0.00
Postage: $0.87
Return Receipt: $1.85
Restricted Delivery: $0.00
Date Stamp: 04/07/2006

FROM: David F. Cline, Esq.
      1300 N. Market St
      Ste 700
      Wilmington, DE 19801

TO: Paul Melina,
    6 Butler Court
    Medford, NJ 08055

McKinney

# Exhibit B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) JAMES MONTH | C. Date of Delivery 4/5 |
| 1. Article Addressed to:<br><br>Paul Molinari<br>6 Butler Court<br>Medford, NJ 08055 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No | |
| | 3. Service Type<br>☐ Certified Mail     ☐ Express Mail<br>☒ Registered          ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)     ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) RB 295 671 389 US | | |
| PS Form 3811, February 2004          Domestic Return Receipt | | 102595-02-M-1540 |



# David P. Cline

*Attorney-at-Law*

Let Mylawman become Yourlawman.™

davidcline@mylawman.com

LICENSED TO PRACTICE IN
DE MD NJ NY & PA

FAX 302 654-0884

1300 N MARKET ST, SUITE 700
WILMINGTON DE 19801
302 529 - 7848
302 LAW-SUIT

April 7, 2006

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL NJ 08054
800-460-4550 (NATIONWIDE)

Paul Melinari
6 Butler Court
Medford, NJ 08055

### VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL

Re:  David McKinney et al. vs. Paul J. Melinari et al.
     C.A. No.: 06-208 SLR

Dear Mr. Melinari:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953. This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint. Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you. A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident. If you do not have insurance that will cover you for this accident please contact me at the above number. Thank you.

Very truly yours,

/s/ David P. Cline
*(signed electronically)*

David P. Cline

Enclosure
DPC/AS/a

*Balancing the Scales of Justice in Favor of the Injured.™*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

DAVID MCKINNEY, individually,
ANITA MCKINNEY, individually, h/w
    Plaintiffs,
    V.
PAUL J. MELINARI, individually and
FINANCIAL SERVICE VEHICLE TRUST,
    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 6     SLR

TO: (Name and address of Defendant)

Paul Melinari
6 Butler Court
Medford, NJ 08055

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID P. CLINE, ESQ. (P.A. No. 48965)
1300 North Market Street, Suite 700
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_____
By DEPUTY CLERK

3-30-06
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4/5/06 |
|---|---|
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other (specify): SERVED: PAUL MELINARI C/O THE DELAWARE SEC. OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY JAMIE STONE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/5/06
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
David McKinney
Anita McKinney

**DEFENDANTS**
Paul J Melinari and
Financial Services Vehicle Trust

(b) County of Residence of First Listed Plaintiff: New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Camden, NJ and Out of State
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
David P. Cline, Esquire
1300 North Market Street, Suite 700
Wilmington, DE 19801   (302) 529-7848

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332

Brief description of cause: Personal Injury Auto

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ✓
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): None
JUDGE
DOCKET NUMBER

DATE: 27 March 2006
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| DAVID MCKINNEY, individually, )<br>ANITA MCKINNEY, individually, h/w )<br>                                                      )<br>         *Plaintiffs,*                          )<br>                                                      )<br>    vs.                                           )<br>                                                      )<br>PAUL J. MELINARI, individually and   )<br>FINANCIAL SERVICE VEHICLE TRUST,)<br>a foreign corporation                        )<br>                                                      )<br>         *Defendants.*                       ) | C.A. NO. |

## COMPLAINT

Plaintiffs, David McKinney and Anita McKinney, through their counsel, David P. Cline, Esquire, say by way of Complaint that:

## JURISDICTION

### I. JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

1. Jurisdiction is based on diversity of citizenship and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

2. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

## VENUE

3. Venue lies under 28 U.S.C. Section 1391.

## PARTIES

4. Plaintiff, David McKinney, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 101 Wedgefield Drive, Wilmington, DE 19720.

5. Plaintiff, Anita McKinney, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 101 Wedgefield Drive, Wilmington, DE 19720.

6. Defendant, Financial Service Vehicle Trust, on information and belief is an Ohio corporation with its place of business located at 5515 Park Center Circle, Dublin, Ohio, 43017

7. Defendant, Paul J. Melinari, on information and belief is a resident of New Jersey, residing at 6 Butler Court, Medford, NJ 08055,

## COUNT I AGENCY

8. Defendant, Paul J. Melinari, was, at all times pertinent hereto, an employee of Financial Service Vehicle Trust, acting in the normal course and scope of his employment.

9. At all times herein, defendant, Paul J. Melinari was acting as an agent, servant, and employee of defendant, Financial Service Vehicle Trust. Defendant, Financial Service Vehicle Trust, is thus liable as the principle, master, and employer of defendant, Paul J. Melinari.

## COUNT II FACTS OF ACCIDENT

10. On or about July 31, 2004 at approximately 11:56 a.m., plaintiff, David McKinney was driving his motor vehicle, a 2002, Blue Dodge Caravan, traveling west bound on US 40, in Pilesgrove, NJ. Plaintiff, Anita McKinney was at all times pertinent hereto a passenger in David McKinney's vehicle.

11. At the same time and place defendant, Paul J. Melinari, was operating a 2004, black BMW 745, when he struck the back of the plaintiff's vehicle, which was lawfully stopped on westbound US 40, Pilesgrove, NJ.

12. The collision was caused by the negligence of defendant, Paul J Melinari, and said negligence is imputed to defendant, Financial Service Vehicle Trust, Respondent Superior in that:

    a. He operated his vehicle in a careless and imprudent manner without due regard for and traffic conditions then existing.

    b. He operated his vehicle failing to give full time and attention thereto and failing to maintain a proper lookout.

WHEREFORE, Plaintiffs, David McKinney and Anita McKinney, demands judgment against defendants, Paul J. Melinari and Financial Service Vehicle Trust for monetary damages, property damages and suffering, lost wages, attorney fees and costs of suit.

## COUNT III ANITA MCKINNEY

13. As a direct and proximate result of the negligence aforesaid, plaintiff, Anita McKinney suffered injuries including, but not limited to cervical strain, left trapezius muscle strain, tendonitis left shoulder, pain down left leg, back pain, and numbness and tingling in lower extremity.

14. As a further result of the negligence aforesaid, plaintiff, Anita McKinney has incurred medical and travel expenses which said expenses may continue into the indefinite future.

15. As a further result of the injuries mentioned above, plaintiff, Anita McKinney, has sustained a loss of earnings and/or earnings capacity, which may continue into the indefinite future.

## COUNT IV DAVID MCKINNEY

16. As a direct and proximate result of the negligence aforesaid, plaintiff, David McKinney, suffered serious and potentially permanent injuries including, but not limited to chronic cervical spine pain secondary to sprain and strain along with disc herniation noted at C5-C6, carpal tunnel symptomatology, nerve damages, and headaches.

17. As a further result of the negligence aforesaid, plaintiff, David McKinney has incurred medical and travel expenses which said expenses may continue into the indefinite future.

18. As a further result of the injuries mentioned above, plaintiff, David McKinney, has sustained a loss of earnings and/or earnings capacity, which may continue into the indefinite future.

## COUNT V CONSORTIUM

19. As a further result of the negligence of the defendants, Financial Service Vehicle Trust and Paul J. Melinari, the plaintiff, David McKinney, has suffered the loss of society, aid, comfort, companionship, and consortium of his wife, plaintiff, Anita McKinney.

20. As a further result of the negligence of the defendants, Financial Service Vehicle Trust and Paul J. Melinari, the plaintiff, Anita McKinney, has suffered the loss of society, aid, comfort, companionship, and consortium of her husband, plaintiff, David McKinney.

WHEREFORE, Plaintiffs, David McKinney and Anita McKinney, demand judgment against defendants, Paul J. Melinari and Financial Service Vehicle Trust for monetary damages, property damages, pain and suffering, lost wages, attorney fees and costs of suit.

DAVID P. CLINE, P.A.

BY: /s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 N. Market St., Ste. 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiff(s)

Dated: March 30, 2006

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR 30  PM 1:34

<div style="text-align:center">

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

</div>

| | | |
|---|---|---|
| DAVID MCKINNEY, individually, <br> ANITA MCKINNEY, individually, h/w | ) <br> ) <br> ) | C.A. NO. 06-208 SLR |
| *Plaintiffs,* | ) <br> ) | |
| vs. | ) <br> ) | |
| PAUL J. MELINARI, individually and <br> FINANCIAL SERVICE VEHICLE TRUST, <br> a foreign corporation | ) <br> ) <br> ) <br> ) | |
| *Defendants.* | ) | |

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

</div>

I, David P. Cline, Esquire, hereby certify that on this 12th day of April, 2006, two copies of the Plaintiffs' Amended Complaint and Affidavit were served via U.S. Mail on:

> Paul Melinari
> 6 Butler Court
> Medford, NJ 08055

>                           DAVID CLINE, P.A.

>                   BY:    /s/ David P. Cline
>                          David P. Cline, Esq. (#2681)
>                          1300 North Market Street
>                          Suite 700
>                          Wilmington, DE 19801
>                          302-529-7848
Dated: 4/12/06             Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| DAVID MCKINNEY, individually, <br> ANITA MCKINNEY, individually, h/w <br> <br> *Plaintiffs,* <br> <br> vs. <br> <br> PAUL J. MELINARI, individually and <br> FINANCIAL SERVICE VEHICLE TRUST, <br> a foreign corporation <br> <br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. NO. 06-208 SLR |

**CERTIFICATE OF SERVICE**

I, David P. Cline, Esquire, hereby certify that on this 12th day of April, 2006, two copies of the Plaintiffs' Amended Complaint and Affidavit were served via U.S. Mail on:

Paul Melinari
6 Butler Court
Medford, NJ 08055

DAVID CLINE, P.A.

BY: /s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 North Market Street
Suite 700
Wilmington, DE 19801
302-529-7848
Attorney for Plaintiffs

Dated: 4/12/06