UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| DAVID MCKINNEY, individually, )<br>ANITA MCKINNEY, individually, h/w )<br>  )<br>    *Plaintiffs,* )<br>  )<br>vs. )<br>  )<br>PAUL J. MELINARI, individually and )<br>FINANCIAL SERVICE VEHICLE TRUST, )<br>a foreign corporation )<br>  )<br>    *Defendants.* ) | C.A. NO. 06-208 SLR |

## AMENDED COMPLAINT

The plaintiffs amend their complaint in the above cause by filing an affidavit made on behalf of the plaintiffs as to the Defendant's non-resident, the said PAUL J. MELINARI, and of the sending of a copy of the Complaint with Process and Notice as required by statute, the said affidavit with exhibits thereto to be considered incorporate in said Complaint as a part thereof.

          BY:   /s/ David P. Cline  
                 David P. Cline, Esq. (#2681)  
                 1300 North Market Street  
                 Suite 700  
                 Wilmington, DE 19801  
                 302-529-7848  
                 Attorney for Plaintiffs

Date:  April 12, 2006

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| DAVID MCKINNEY, individually, )<br>ANITA MCKINNEY, individually, h/w )<br>)<br>*Plaintiffs,* )<br>)<br>vs. )<br>)<br>PAUL J. MELINARI, individually and )<br>FINANCIAL SERVICE VEHICLE TRUST,)<br>a foreign corporation )<br>)<br>*Defendants.* ) | C.A. NO. 06-208 SLR |

### CERTIFICATE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 12th day of April, 2006, two copies of the Plaintiffs' Amended Complaint and Affidavit were served via U.S. Mail on:

Paul Melinari
6 Butler Court
Medford, NJ 08055

DAVID CLINE, P.A.

BY:   /s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 North Market Street
Suite 700
Wilmington, DE 19801
302-529-7848
Attorney for Plaintiffs

Dated: 4/12/06

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| DAVID MCKINNEY, individually, )<br>ANITA MCKINNEY, individually, h/w )<br>  )<br>  *Plaintiffs,*  )<br>  )<br>  vs.  )<br>  )<br>PAUL J. MELINARI, individually and  )<br>FINANCIAL SERVICE VEHICLE TRUST,)<br>a foreign corporation  )<br>  )<br>  *Defendants.*  ) | C.A. NO. 06-208 SLR |

**CERTIFICATE OF SERVICE**

I, David P. Cline, Esquire, hereby certify that on this 12th day of April, 2006, two copies of the Plaintiffs' Amended Complaint and Affidavit were served via U.S. Mail on:

> Paul Melinari
> 6 Butler Court
> Medford, NJ 08055

>                               DAVID CLINE, P.A.

>                     BY:   /s/ David P. Cline
>                               David P. Cline, Esq. (#2681)
>                               1300 North Market Street
>                               Suite 700
>                               Wilmington, DE 19801
>                               302-529-7848
Dated: 4/12/06               Attorney for Plaintiffs