IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## *ENTRY OF APPEARANCE*

PLEASE ENTER the appearance of Michael A. Pedicone, Esquire, on behalf of defendants, PAUL J. MELINARI and FINANCIAL SERVICE VEHICLE TRUST. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon these Defendants. These Defendants specifically reserve all rights to raise jurisdictional, or service, or statute of limitations defects which may be available.

                          MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
      Michael A. Pedicone, Esquire (No. 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendants

Dated:   May 8, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that on May 5, 2006, I electronically filed an Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

MICHAEL A. PEDICONE, P.A.

By: _/s/ Michael A. Pedicone_
Michael A. Pedicone, Esquire (No 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants

Dated: May 8, 2006