IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually, )<br>ANITA McKINNEY, individually, h/w, )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>PAUL J. MELINARI, individually, and )<br>FINANCIAL SERVICE VEHICLE TRUST, )<br>a foreign corporation, )<br>  )<br>Defendants. ) | C.A. NO.  06C-208-SLR |

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2006, I electronically filed a Interrogatories Directed to Plaintiff Anita McKinney with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

                                  MICHAEL A. PEDICONE, P.A.

                 By:   */s/ Michael A. Pedicone*
                      Michael A. Pedicone, Esquire (No 2424)
                      109 W. 7th Street
                      P.O. Box 1395
                      Wilmington, DE 19899
                      (302) 652-7850
                      Attorney for Defendants

Dated:  May 25, 2006