IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually, ) <br> ANITA McKINNEY, individually, h/w, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PAUL J. MELINARI, individually, and ) <br> FINANCIAL SERVICE VEHICLE TRUST, ) <br> a foreign corporation, ) <br> ) <br> Defendants. ) | C.A. NO. 06C-208-SLR |

### *CERTIFICATE OF SERVICE*

I hereby certify that on May 25, 2006, I electronically filed a Request For Production to Plaintiff David McKinney with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

                         MICHAEL A. PEDICONE, P.A.

By:  */s/ Michael A. Pedicone*
     Michael A. Pedicone, Esquire (No 2424)
     109 W. 7th Street
     P.O. Box 1395
     Wilmington, DE 19899
     (302) 652-7850
     Attorney for Defendants

Dated:  May 25, 2006