IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that on May 25, 2006, I electronically filed a Request Under Rule 9(g) to Plaintiff David McKinney with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

          MICHAEL A. PEDICONE, P.A.

By: _/s/ Michael A. Pedicone_
    Michael A. Pedicone, Esquire (No 2424)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendants

Dated: May 25, 2006