IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually, <br> ANITA McKINNEY, individually, h/w, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL J. MELINARI, individually, and <br> FINANCIAL SERVICE VEHICLE TRUST, <br> a foreign corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> )    C.A. NO. 06C-208-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## *CERTIFICATE OF SERVICE*

I hereby certify that on May 25, 2006, I electronically filed a Request Under Rule 9(g) to Plaintiff Anita McKinney with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

                                                MICHAEL A. PEDICONE, P.A.

                               By: */s/ Michael A. Pedicone*
                                    Michael A. Pedicone, Esquire (No 2424)
                                    109 W. 7th Street
                                    P.O. Box 1395
                                    Wilmington, DE 19899
                                    (302) 652-7850
                                    Attorney for Defendants

Dated:  May 25, 2006