LAW OFFICES
**MICHAEL A. PEDICONE, P.A.**
109 W. 7TH STREET
P.O. BOX 1395
WILMINGTON, DE 19899

MICHAEL A. PEDICONE                                                TELE: (302) 652-7850
PATRICK G. ROCK*                                                   FAX: (302) 652-7876
*Delaware, Maine and Mass Bars

July 14, 2006

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 31
Wilmington, DE 19801

> **_Re: McKinney v. Melinari_**
> **_C.A. No. 06C-208-SLR_**

Dear Judge Robinson:

I am going to be on vacation on August 4, 2006 which is the date for the scheduling conference in this matter.

I respectfully request that my associate Patrick Rock be allowed to attend this conference in my place or that the conference be re-scheduled. Would you please have someone from your office contact me regarding this request at their earliest convenience.

Respectfully submitted,

*Michael A Pedicone*

MICHAEL A. PEDICONE
No. 2424

MAP/kcc

cc:    David P. Cline, Esquire