IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION DUCES TECUM

TO:   David P. Cline, Esquire
      1300 N. Market Street, Suite 700
      Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the **records** deposition of the following on *September 15, 2006 at 10:00 a.m.* in the office of the undersigned.*

1) Supraja V. Chirra, M.D.;
2) First State Orthopaedics;
3) Ralph Burdick, D.O.

MICHAEL A. PEDICONE, P.A.

By:   /s/   Michael A. Pedicone
      Michael A. Pedicone, Esquire (No. 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendants

Dated:   August 29, 2006

**\*THIS IS A RECORDS DEPOSITION ONLY.  PERSONAL APPEARANCE WILL BE WAIVED IF REQUESTED MATERIAL IS RECEIVED IN ABOVE OFFICE ON OR BEFORE SEPTEMBER 15, 2006.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually,<br>ANITA McKINNEY, individually, h/w,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAUL J. MELINARI, individually, and<br>FINANCIAL SERVICE VEHICLE TRUST,<br>a foreign corporation,<br><br>    Defendants. | )<br>)<br>)<br>)   C.A. NO. 06C-208-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2006, I electronically filed a Notice of Deposition Duces Tecum to Plaintiffs with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

                MICHAEL A. PEDICONE, P.A.

By:   */s/ Michael A. Pedicone*
       Michael A. Pedicone, Esquire (No 2424)
       109 W. 7th Street
       P.O. Box 1395
       Wilmington, DE 19899
       (302) 652-7850
       Attorney for Defendants

Dated: August 29, 2006