IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually,<br>ANITA McKINNEY, individually, h/w,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL J. MELINARI, individually, and<br>FINANCIAL SERVICE VEHICLE TRUST,<br>a foreign corporation,<br><br>Defendants. | )<br>)<br>)<br>)   C.A. NO. 06C-208-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### *NOTICE OF DEPOSITION*

TO:   David P. Cline, Esquire
      1300 N. Market Street, Suite 700
      Wilmington, DE 19801

   PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of

the plaintiffs, DAVID McKINNEY and ANITA McKINNEY, in the offices of the undersigned,

on ***Monday, September 19, 2006 @ 10:00 a.m. & 11:00 a.m, respectively.***


                    MICHAEL A. PEDICONE, P.A.

              By:   */s/ Michael A. Pedicone*
                    Michael A. Pedicone, Esquire (No. 2424)
                    109 W. 7th Street
                    P.O. Box 1395
                    Wilmington, DE 19899
                    (302) 652-7850
                    Attorney for Defendants

Dated:   August 30, 2006

cc:   Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that on August 30, 2006, I electronically filed a Notice of Deposition to Plaintiffs with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

                MICHAEL A. PEDICONE, P.A.

By:  */s/ Michael A. Pedicone*
      Michael A. Pedicone, Esquire (No 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendants

Dated:  August 30, 2006