IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually, <br> ANITA McKINNEY, individually, h/w, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL J. MELINARI, individually, and <br> FINANCIAL SERVICE VEHICLE TRUST, <br> a foreign corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. NO. 06C-208-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## *NOTICE OF DEPOSITION DUCES TECUM*

TO:   David P. Cline, Esquire
1300 N. Market Street, Suite 700
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the **records** deposition of the following on *October 27, 2006 at 10:00 a.m.* in the office of the undersigned.*

1) Bank of America.

MICHAEL A. PEDICONE, P.A.

By: /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants

Dated:  October 10, 2006
**\*THIS IS A RECORDS DEPOSITION ONLY.  PERSONAL APPEARANCE WILL BE WAIVED IF REQUESTED MATERIAL IS RECEIVED IN ABOVE OFFICE ON OR BEFORE OCTOBER 10, 2006.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually, ) | |
| ANITA McKINNEY, individually, h/w, ) | |
| ) | |
| Plaintiffs, ) | C.A. NO. 06C-208-SLR |
| ) | |
| v.  ) | |
| ) | |
| PAUL J. MELINARI, individually, and ) | |
| FINANCIAL SERVICE VEHICLE TRUST, ) | |
| a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006, I electronically filed a Notice of Deposition Duces Tecum with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

        MICHAEL A. PEDICONE, P.A.

By:  */s/ Michael A. Pedicone*
    Michael A. Pedicone, Esquire (No 2424)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendants

Dated:   October 10, 2006