## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DAVID MCKINNEY, individually,          :
ANITA MCKINNEY, individually, h/w,     :
                                       :
                    Plaintiffs,        :
                                       :
          v.                           :     Civil Action No. 06-208-SLR
                                       :
PAUL J. MELINARI, individually and     :
FINANCIAL SERVICE VEHICLE TRUST,       :
a foreign corporation,                 :
                                       :
                    Defendants.        :

## <u>ORDER</u>

At Wilmington this **19th** day of **October, 2006**.

IT IS ORDERED that the teleconference scheduled for October 19, 2006 9:00 at a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Monday, December 18, 2006 at 9:00 a.m.  David P. Cline, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE