IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually, )<br>ANITA McKINNEY, individually, h/w, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PAUL J. MELINARI, individually, and )<br>FINANCIAL SERVICE VEHICLE TRUST, )<br>a foreign corporation, )<br>)<br>Defendants. ) | C.A. NO.  06C-208-SLR |

### *RE-NOTICE OF DEPOSITIONS*

TO:   David P. Cline, Esquire
      1300 N. Market Street, Suite 700
      Wilmington, DE 19801

   PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of

the plaintiffs, DAVID McKINNEY and ANITA McKINNEY, in the offices of the undersigned,

on *Tuesday, November 28, 2006 @ 10:00 a.m. & 11:00 a.m, respectively.*


                              MICHAEL A. PEDICONE, P.A.

                           By:  */s/ Michael A. Pedicone*
                              Michael A. Pedicone, Esquire (No. 2424)
                              109 W. 7th Street
                              P.O. Box 1395
                              Wilmington, DE 19899
                              (302) 652-7850
                              Attorney for Defendants

Dated:   October 20, 2006

cc:   Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 19, 2006, I electronically filed a Notice of Deposition to Plaintiffs with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
Michael A. Pedicone, Esquire (No 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants

Dated:   October 20, 2006