IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually, )<br>ANITA McKINNEY, individually, h/w, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PAUL J. MELINARI, individually, and )<br>FINANCIAL SERVICE VEHICLE TRUST, )<br>a foreign corporation, )<br>)<br>Defendants. ) | C.A. NO. 06C-208-SLR |

### *CERTIFICATE OF SERVICE*

I hereby certify that on November 27, 2006, I electronically filed Answers to Interrogatories Directed to Plaintiffs with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

                                                                                     Michael A. Pedicone, Esquire (No 2424)
                                                                                    109 W. 7th Street
                                                                                    P.O. Box 1395
                                                                                    Wilmington, DE 19899
                                                                                    (302) 652-7850
                                                                                    Attorney for Defendants
                                                                                    MICHAEL A. PEDICONE, P.A.

                                                                                    DAVID P. CLINE, P.A.


BY:    /s/ David P. Cline   
        DAVID P. CLINE, ESQUIRE (#2681)
        1300 N. Market Street, Suite 700
        P.O. Box 33
        Wilmington, DE 19899-0033
        (302) 529-7848
        Attorney for Plaintiffs

Dated: November 27, 2006