IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed Plaintiffs' Response to Defendants' Request For Production, with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    Michael A. Pedicone, Esquire (No 2424)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendants
    MICHAEL A. PEDICONE, P.A.

    DAVID P. CLINE, P.A.

BY:     /s/ David P. Cline
       DAVID P. CLINE, ESQUIRE (#2681)
       1300 N. Market Street, Suite 700
       P.O. Box 33
       Wilmington, DE 19899-0033
       (302) 529-7848
       Attorney for Plaintiffs

Dated: November 27, 2006