IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID McKINNEY, individually,  )
ANITA McKINNEY, individually, h/w,  )
)
    Plaintiffs,  )    C.A. NO. 06C-208-SLR
)
    v.  )
)
PAUL J. MELINARI, individually, and  )
FINANCIAL SERVICE VEHICLE TRUST,  )
a foreign corporation,  )
)
    Defendants.  )

### *NOTICE OF DEPOSITION DUCES TECUM*

TO:    David P. Cline, Esquire
        1300 N. Market Street, Suite 700
        Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the **records** deposition

of the following on *December 29, 2006 at 10:00 a.m.* in the office of the undersigned.*

1) Operating Engineers Local 542.

MICHAEL A. PEDICONE, P.A.

By:   */s/  Michael A. Pedicone*
      Michael A. Pedicone, Esquire (No. 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendants

Dated:  December 13, 2006
**\*THIS IS A RECORDS DEPOSITION ONLY. PERSONAL APPEARANCE WILL BE WAIVED IF
REQUESTED MATERIAL IS RECEIVED IN ABOVE OFFICE ON OR BEFORE DECEMBER 29, 2006.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID McKINNEY, individually,            )
ANITA McKINNEY, individually, h/w,       )
                                         )
            Plaintiffs,                  )        C.A. NO.  06C-208-SLR
                                         )
                v.                       )
                                         )
PAUL J. MELINARI, individually, and      )
FINANCIAL SERVICE VEHICLE TRUST,         )
a foreign corporation,                   )
                                         )
            Defendants.                  )

### *CERTIFICATE OF SERVICE*

I hereby certify that on December 13, 2006, I electronically filed a Notice of Deposition

Duces Tecum with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs


MICHAEL A. PEDICONE, P.A.

By:   */s/ Michael A. Pedicone*
      Michael A. Pedicone, Esquire (No 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendants


Dated:   December 13, 2006