IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR PHYSICAL EXAMINATION

The defendants hereby request an examinations of the plaintiffs, DAVID McKINNEY and ANITA McKINNEY, regarding the injuries alleged. The examinations are to be conducted by Ali Kalamchi, M.D., 550 Stanton-Christiana Road, Suite 303, Newark, DE 19713 on *Monday, January 8, 2007 at 11:00 a.m. and 11:30 a.m., respectively.*

      MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
      Michael A. Pedicone, Esquire (No. 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendants

Dated:   December 13, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that on December 13, 2006, I electronically filed a Request For Physical Examinations of the Plaintiffs David McKinney and Anita McKinney with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

                                          MICHAEL A. PEDICONE, P.A.

By:  */s/ Michael A. Pedicone*
      Michael A. Pedicone, Esquire (No 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendants

Dated:   December 13, 2006