IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION DUCES TECUM

TO: David P. Cline, Esquire
1300 N. Market Street, Suite 700
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the **records** deposition of the following on ***January 15, 2007 at 10:00 a.m.*** in the office of the undersigned.*

1) Diagnostic Imaging Associates, P.A. (films);
2) Delaware Open MRI (films).

MICHAEL A. PEDICONE, P.A.

By: /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants

Dated: January 3, 2007
*THIS IS A RECORDS DEPOSITION ONLY. PERSONAL APPEARANCE WILL BE WAIVED IF REQUESTED MATERIAL IS RECEIVED IN ABOVE OFFICE ON OR BEFORE JANUARY 15, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, ) | | |
| ANITA McKINNEY, individually, h/w, ) | | |
| ) | | |
| Plaintiffs, ) | C.A. NO. 06C-208-SLR | |
| ) | | |
| v. ) | | |
| ) | | |
| PAUL J. MELINARI, individually, and ) | | |
| FINANCIAL SERVICE VEHICLE TRUST, ) | | |
| a foreign corporation, ) | | |
| ) | | |
| Defendants. ) | | |

### *CERTIFICATE OF SERVICE*

I hereby certify that on January 3, 2007, I electronically filed a Notice of Deposition Duces Tecum with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

        MICHAEL A. PEDICONE, P.A.

By:  */s/ Michael A. Pedicone*
    Michael A. Pedicone, Esquire (No 2424)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendants

Dated:   January 3, 2007