IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID MCKINNEY, individually,<br>ANITA MCKINNEY, individually, h/w,<br><br>      Plaintiffs,<br><br>   v.<br><br>PAUL J. MELINARI, individually and<br>FINANCIAL SERVICE VEHICLE TRUST,<br>a foreign corporation,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-208-SLR<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that the teleconference scheduled for Thursday, May 17, 2007 at 9:00 a.m. and the mediation conference tentatively scheduled for Wednesday, June 27, 2007 at 10:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
