IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID McKINNEY, individually, | ) | |
| ANITA McKINNEY, individually, h/w, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO.  06C-208-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MELINARI, individually, and | ) | |
| FINANCIAL SERVICE VEHICLE TRUST, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION DUCES TECUM

TO:   David P. Cline, Esquire
1300 N. Market Street, Suite 700
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the **records** deposition of the following on *February 16, 2007 at 10:00 a.m.* in the office of the undersigned.*

1) Nationwide Assurance Company;
2) East Coast Erectors;
3) J & R of Delaware;
4) Am Quip Corp.;
5) Steel Suppliers Erectors, Inc.

MICHAEL A. PEDICONE, P.A.

By:   /s/   Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants

Dated:   January 30, 2007

**\*THIS IS A RECORDS DEPOSITION ONLY.  PERSONAL APPEARANCE WILL BE WAIVED IF REQUESTED MATERIAL IS RECEIVED IN ABOVE OFFICE ON OR BEFORE JANUARY 15, 2007.**

Case 1:06-cv-00208-SLR    Document 33    Filed 01/30/2007    Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID McKINNEY, individually, )<br>ANITA McKINNEY, individually, h/w, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PAUL J. MELINARI, individually, and )<br>FINANCIAL SERVICE VEHICLE TRUST, )<br>a foreign corporation, )<br>)<br>Defendants. ) | C.A. NO. 06C-208-SLR |

### *CERTIFICATE OF SERVICE*

I hereby certify that on January 30, 2007, I electronically filed a Notice of Deposition Duces Tecum with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

David P. Cline, Esquire (No 2681)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiffs

        MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
    Michael A. Pedicone, Esquire (No 2424)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendants

Dated: January 30, 2007