# David P. Cline

*Attorney-at-Law*

*Let Mylawman become Yourlawman.*™

davidcline@mylawman.com

LICENSED TO PRACTICE IN
DE MD NJ NY & PA

FAX 302 654-0884

715 N KING ST, SUITE 100
PO BOX 33
WILMINGTON DE 19899-0033
302 529 - 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

**PLEASE NOTE OUR NEW ADDRESS**
November 20, 2007

The Honorable Sue L. Robinson
Delaware District Court
844 North King Street
Wilmington, DE 19801

RE: McKinney v. Melinari, et al.
C.A. No.: 06-208

Dear Judge Robinson:

Please let this letter serve to respond to request from your chambers to my office regarding the status of the above matter. I had spoken to the opposing counsel, Michael A. Pedicone, Esq. on November 15, 2007 on possible binding high/low arbitration. Mr. Pedicone was going to present the issue to the insurance carrier and then contact me. Rather that put the matter back on the trial list, I respectfully ask that the matter be stayed until the end of the year in the hopes that the matter can be resolved by binding arbitration.

Please do not hesitate to contact either my office, or office of Michael A. Pedicone, Esq., should you require any further information.

Respectfully Submitted,

David P. Cline

BHS

cc: Mr. & Mrs. David McKinney
101 Wedgefield Drive
New Castle, DE 19720

Michael A. Pedicone, P.A.
109 W. 7th Street
P.O. BOX 1395
Wilmington, DE 19899

*Balancing the Scales of Justice in Favor of the Injured.*™