# David P. Cline

*davidcline@mylawman.com*     *Attorney-at-Law*     *Let Mylawman become Yourlawman.*™

LICENSED TO PRACTICE IN
DE MD NJ NY & PA

FAX 302 654-0884

715 N KING ST, SUITE 100
PO BOX 33
WILMINGTON DE 19899-0033
302 529 - 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

**PLEASE NOTE OUR NEW ADDRESS**
January 22, 2008

The Honorable Sue L. Robinson
Delaware District Court
844 North King Street
Wilmington, DE 19801

    RE: McKinney v. Melinari, et al.
         C.A. No.: 06-208

Dear Judge Robinson:

    Please let this letter serve to respond to a call from Francesca of your chambers to my office regarding the status of the above matter. I had spoken to the opposing counsel, Michael A. Pedicone, Esq. on this date on possible binding high/low arbitration. Mr. Pedicone and I have agreed to the parameters for binding arbitration for Anita McKinney but are still negotiating on the binding high/low arbitration parameters for David McKinney. I respectfully ask that the matter be stayed another 60 days in the hopes that the matter can be resolved by binding arbitration.

    Please do not hesitate to contact either my office, or the office of Michael A. Pedicone, Esq., should you require any further information.

                                      Respectfully submitted,

                                      David P. Cline

BHS

cc:     Mr. & Mrs. David McKinney
        101 Wedgefield Drive
        New Castle, DE 19720

        Michael A. Pedicone, P.A.
        109 W. 7th Street
        P.O. BOX 1395
        Wilmington, DE 19899

*Balancing the Scales of Justice in Favor of the Injured.*™