IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID MCKINNEY and ANITA MCKINNEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 06-208-SLR<br>) |
| PAUL J. MELINARI and FINANCIAL SERVICE VEHICLE TRUST, | )<br>)<br>)<br>) |
| Defendants. | ) |

### ORDER

At Wilmington this 23rd day of May, 2008, there having been no activity in the above-captioned case since January 22, 2008;

IT IS ORDERED that, on or before **June 30, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge