# David P. Cline

*davidcline@mylawman.com*

*Attorney-at-Law*

*Let Mylawman become Yourlawman.*™

*LICENSED TO PRACTICE IN*
*DE MD NJ NY & PA*

715 N KING ST, SUITE 100
PO BOX 33
WILMINGTON DE 19899-0033
302  529 - 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

FAX 302 654-0884

**May 29, 2008**

The Honorable Sue L. Robinson
Delaware District Court
844 North King Street
Wilmington, DE  19801

      RE:  McKinney v. Molinari, et al.
         C.A. No.:  06-208

Dear Judge Robinson:

      Please let this letter serve as a response to your Order dated 23 May 2008 to show cause why the above matter should not be dismissed.  This case is now scheduled for binding arbitration on August 26, 2008.  I would respectfully request the case by stayed for another 90 days.  I request this stay in the event that enforcement of the arbitrator's order is necessary.

      Please do not hesitate to contact either my office, or the office of Michael A. Pedicone, Esquire., should you require any further information.

            Respectfully submitted,

            David P. Cline

BHS

cc:    Mr. & Mrs. David McKinney
       101 Wedgefield Drive
       New Castle, DE  19720


       Michael A. Pedicone, P.A.
       109 W. 7th Street
       P.O. BOX 1395
       Wilmington, DE 19899

*Balancing the Scales of Justice in Favor of the Injured.*™